# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DANIEL VASSER and
CHRISTINE JOHNSON                                                              PLAINTIFFS

v.                              Case No. 2:18-cv-00157 KGB

MARVIN COOPER                                                                    DEFENDANT

## ORDER

Before the Court is a motion to withdraw as counsel filed by attorney Bill Wade, counsel for plaintiffs Daniel Vasser and Christine Johnson (Dkt. No. 11). Mr. Wade requests permission from the Court to withdraw as counsel for Mr. Vasser and Ms. Johnson. Specifically, Mr. Wade submits that, even after he advised Mr. Vasser and Ms. Johnson of their duty to respond, Mr. Vasser and Ms. Johnson have refused to cooperate in responding to defendant Marvin Cooper's interrogatories and requests for production that were served on Mr. Vasser and Ms. Johnson on February 12, 2019 (*Id.*, ¶ 2). Mr. Cooper filed a motion to compel Mr. Vasser and Ms. Johnson to provide responses to his interrogatories and requests for production on May 7, 2019 (Dkt. No. 9). Mr. Wade further represents that he has unsuccessfully tried to contact Mr. Vasser and Ms. Johnson and that he has received no fee for his services in this matter (Dkt. No. 11, ¶¶ 4-5).

For good cause shown, the Court grants the motion to withdraw (Dkt. No. 11). This matter is hereby stayed until July 8, 2019. Bill Wade is terminated as counsel of record for Mr. Vasser and Ms. Johnson. Mr. Vasser and Ms. Johnson have up to and including July 8, 2019, to inform the Court in writing whether they have obtained new counsel or wish to proceed *pro se*. If Mr. Vasser and Ms. Johnson opt to proceed *pro se*, they are directed to Local Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas, which provides:

> Parties appearing *pro se.* It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

A copy of the Local Rules may be obtained from the District Clerk for the Eastern District of Arkansas. The Court directs Mr. Wade to mail a copy of this Order to Mr. Vasser and Ms. Johnson at their last known address. The Court stays this matter until July 8, 2019, and directs the Clerk to terminate Mr. Wade as counsel of record for Mr. Vasser and Ms. Johnson. The Court reserves ruling on Mr. Cooper's pending motion to compel (Dkt. No. 9).

So ordered this the 7th day of June, 2019.

_____
Kristine G. Baker
United States District Judge