# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DANIEL VASSER and
CHRISTINE JOHNSON                                                                PLAINTIFFS

v.                                   Case No. 2:18-cv-00157 KGB

MARVIN COOPER                                                                    DEFENDANT

## ORDER

On August 9, 2019, the Court entered a Show Cause Order ordering plaintiffs Daniel Vasser and Christine Johnson to file a written response within ten days from the entry of that Order to show cause why the Court should not dismiss without prejudice this litigation for lack of prosecution (Dkt. No. 13). The Court advised Mr. Vasser and Ms. Johnson that their failure to respond to the Show Cause Order may result in the dismissal without prejudice of this lawsuit for lack of prosecution (*Id.*). Mr. Vasser and Ms. Johnson failed to file any response, formally or informally.

As of the date of this Order, Mr. Vasser and Ms. Johnson have not complied with the Court's Order from August 9, 2019. Accordingly, defendant Marvin Cooper's motion to compel is denied as moot (Dkt. No. 9). The Court dismisses without prejudice this action.

So ordered this 13th day of September, 2019.

Kristine G. Baker
United States District Judge