# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DANIEL VASSER and
CHRISTINE JOHNSON                                                            PLAINTIFFS

v.                    Case No. 2:18-cv-00157 KGB

MARVIN COOPER                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiffs Daniel Vasser and Christine Johnson's complaint is dismissed without prejudice. The relief sought is denied.

So adjudged this 13th day of September, 2019.

_____
Kristine G. Baker
United States District Judge